# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

Case No. 5D2025-3383
LT Case No. 05-1989-CF-18631-A

———————————————

WILL OSCAR EDWARDS, JR.,

    Petitioner,

    v.

STATE OF FLORIDA,

    Respondent.

———————————————

Petition for Belated Appeal.
A Case of Original Jurisdiction.

Will Oscar Edwards, Jr., Crawfordville, pro se.

James Uthmeier, Attorney General, Tallahassee, and Rebecca Rock McGuigan, Assistant Attorney General, Daytona Beach, for Respondent.

February 27, 2026

PER CURIAM.

The petition for belated appeal is granted. A copy of this opinion shall be filed with the trial court and be treated as the notice of appeal from the August 8, 2025 order denying Defendant's motion to correct illegal sentence rendered in Case No. 05-1989-CF-18631-A, in the Circuit Court in and for Brevard County, Florida. *See* Fla. R. App. P. 9.141(c)(6)(D).

PETITION GRANTED.

JAY, C.J., and WALLIS and BOATWRIGHT, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____